Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Northern_____ District of __New York__

_____ Division

| | |
|---|---|
| Valerie Flores | Case No. ___1:25-cv-1755 (MAD/MJK)___ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: _(check one)_ ☑Yes ☐No |
| -v- | |
| Wells Fargo | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Valerie Flores
Street Address        PO Box 1110 ACP 5749
City and County       Albany (Albany)
State and Zip Code     NY 12201
Telephone Number
E-mail Address

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Wells Fargo

333 Market St
San Fransisco
CA 94105

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Wells Fargo discriminated against me & would not allow me to apply for a personal loan or ~~to~~ open an account. They also would not allow me to ~~to~~ complete the application process over the phone. They told me to come back & would not take me as a walk in & then they never allowed me to schedule an appointment. Then a family

### B. If the Basis for Jurisdiction Is Diversity of Citizenship    member's phone number was somehow forwarded to their automated system when that family never called there nor has never done business here either.

1. The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* Valerie Flores , is a citizen of the Their

    State of *(name)* New York .

attorney Michael Burke is/has maliciously defamed me.

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* N/A , is incorporated

    under the laws of the State of *(name)* N/A

    and has its principal place of business in the State of *(name)*

    N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* Wells Fargo , is a citizen of

    the State of *(name)* California . Or is a citizen of

    *(foreign nation)* USA .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

II.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100K which is the maximum amount they give out on personal loans + $75K personal injury financial settlement due to ~~reason~~ reputation harm & defamation

III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Wells Fargo discriminated against me & would not allow me to apply for a personal loan or open an account. They also would not allow me to complete the application process over the phone. They told me to come back & would not take me as a walk in & then they never allowed me to schedule an appt. Then a family member's phone number was somehow forwarded to their automated system when that family member never called there nor has never done business here either. Their attorney Michael Burke is/has maliciously defamed me.

IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

* Injunction against their employees & Michael Burke, Esq & his law firm from harrassment, stalking, & malicious reputational harm.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/14/2025

Signature of Plaintiff    Valerie Flores

Printed Name of Plaintiff    Valerie Flores

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



**Participant Identification Card**

Pursuant to N.Y. Executive Law § 108, the following person
is certified as a participant in the Address Confidentiality
Program and is entitled to use the following substitute

Valerie I. Flores

ACP 5749
P.O. Box 1110
Albany, NY 12201-1110

Expiration Date: 03/15/2027